UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Karen Russell | Case No. 2:15-cv-10365-GER-RSW |
| Plaintiff, | |
| v. | District Judge: Gerald E. Rosen |
| | Magistrate Judge: R. Steven Whalen |
| Asset Acceptance, LLC | |
| Defendant. | **NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

By: s/ David M. Menditto
David M. Menditto
Hyslip & Taylor, LLC, LPA
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone:  312-380-6110
Email: davidm@fairdebt411.com
Illinois Bar No. 6216541
Attorney for Plaintiff

Date: April 20, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2015, I electronically filed the foregoing Notice.  Service of this filing will be made by the Court's CM/ECF System upon the following:

Aaron L. Vorce
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC

s/ David M. Menditto