## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Karen Russell | Case No. 2:15-cv-10365-GER-RSW |
|       Plaintiff, | Judge: Gerald E. Rosen |
| v. | Magistrate Judge: R. Steven Whalen |
| Asset Acceptance, LLC | **STIPULATION OF DISMISSAL** |
|       Defendant. | **WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.


RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: /s/ David M. Menditto
David M. Menditto
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone:  312-380-6110
Email: davidm@fairdebt411.com
Illinois Bar No. 6216541
Attorney for Plaintiff
Date: July 23, 2015

Dykema Gossett, PLLC

By: /s/ Aaron L. Vorce
Aaron L. Vorce
201 Townsend Street, Suite 900
Lansing, MI 48993
Telephone: 517-374-9150
Email: avorce@dykema.com
Michigan Bar No. P68797
Attorney for Defendant
Date: July 23, 2015

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2015, I electronically filed the foregoing

Stipulation through the court's CM/ECF system, which will perfect service upon

the following:


Aaron L. Vorce
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI   48933

Counsel for:
Asset Acceptance, LLC

<u>/s/ David M. Menditto</u>
