UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Karen Russell | Case No. 2:15-cv-10365-GER-RSW |
|     Plaintiff, | Judge: Gerald E. Rosen |
| v. | Magistrate Judge: R. Steven Whalen |
| Asset Acceptance, LLC | |
|     Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS HEREBY ORDERED that:

1. The Court's July 1, 2015, Order dismissing the above-captioned case without costs and without prejudice is vacated for purposes of entering the Order contemplated by the parties' stipulation of dismissal; and

2. The above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and fees.

Dated:  July 23, 2015          s/Gerald E. Rosen
                                       Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 23, 2015 electronic and/or ordinary mail.

                                         s/Julie Owens
                                         Case Manager, (313) 234-5135